**STATE of Missouri, Plaintiff/Respondent,**

v.

**Chong Hwa WHITFIELD, Defendant/Appellant.**

**No. 54653.**

Missouri Court of Appeals, Eastern District, Division Four.

March 21, 1989.

Richard A. Barry, III, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

PER CURIAM.

Defendant, Chong Hwa Whitfield, appeals from her jury conviction of Bribery of a Public Servant, § 576.010 RSMo.1986 and her sentence of 60 days imprisonment and fine of $5,000. A co-defendant, Kwicha Worstell, was charged with the same offense and the two defendants were tried together in a consolidated case. Separate appeals were taken.

In this appeal, defendant Whitfield raises the same issues as co-defendant Worstell raised in her appeal. We have decided these issues by written opinion in *State v. Worstell*, No. 54654, 767 S.W.2d 352 and found no error of law.

An opinion in this case reciting the same basic facts and restating the same principles of law would have no precedential value. The parties, however, have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).